AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Carestream Health, Inc., <br><br> *Plaintiff(s)* <br> v. <br> Choksi Imaging Limited <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 19-cv-1348 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Choksi Imaging Limited
Survey No. 121, Plot No 10
Silvassa Industrial Est 66 Kva Road
Amli, Silvassa, Dadra & Nagar Haveli DN 396230
India

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HARRRIS BEACH PLLC
Philip G. Spellane
Kyle D. Gooch
99 Garnsey Road
Pittsford, New York 14534
T: 585.419.8800
pspellane@harrisbeach.com
kgooch@harrisbeach.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/3/19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*