UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carestream Health, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Choksi Imaging Limited, <br><br> Defendant. | Civil Action No. 6:19-cv-06736-MAT <br><br><br> **PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Carestream Health, Inc. ("Carestream") states that the ultimate parent company of Carestream is Onex Corporation, a company publicly traded on the Toronto Stock Exchange.

Dated: Pittsford, New York
October 4, 2019

Respectfully submitted,

**HARRIS BEACH PLLC**

By: */s/ Philip G. Spellane*
Philip G. Spellane
Kyle D. Gooch
99 Garnsey Road
Pittsford, New York 14534
T: 585.419.8800
F: 585.419.8801
pspellane@harrisbeach.com
kgooch@harrisbeach.com

*Attorneys for Plaintiff*